## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☑ Western(Memphis) DIVISION

Tekeva D. Shaw )
)
Plaintiff, )
)
vs. Slim and Husky's )
Memphis )
)
)
Defendant. )

RECEIVED

JUN 27 2024

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN.

No. _____

COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.     Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.     Plaintiff resides at:

966 Looney Avenue Memphis
_____
STREET ADDRESS

Shelby , TN , 38107 , 901-690-4686
County    State    Zip Code    Telephone Number

4.     Defendant(s) resides at, or its business is located at:

634 Union Avenue
_____
STREET ADDRESS

Shelby , _____ , TN , 38103 .
County    City    State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

Lovie Jenkins, Lee Christian, Dwayne Manning, David Jenkins, and Jamal Jenkins – 634 Union Avenue Memphis, TN 38103.

5.     The address at which I sought employment or was employed by the defendant(s) is:

634 Union Avenue Memphis, TN 38103

STREET ADDRESS

_Shelby_ , _Memphis_, _TN_ , _38103_ .
County        City        State        Zip Code

6.  The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐  Failure to hire

☐  Termination of my employment

☐  Failure to promote

☐  Failure to accommodate my disability

☑  Unequal terms and conditions of my employment

☑  Retaliation

☑  Other acts *(specify)*: Sexual harassment

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.  It is my best recollection that the alleged discriminatory acts occurred on:
    6|26|2023                                      .
    Date(s)

8.  I believe that the defendant(s) *(check one)*:

☑  is still committing these acts against me.

☐  is <u>not</u> still committing these acts against me.

9.  Defendant(s) discriminated against me based on my:
    (check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)

3

☐ Race_____

☐ Color_____

☑ Gender/Sex_ Female _____

☑ Religion_Extra Sensory Perception (Psychic)_

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:

Upon being hired, I was discriminated against based on gender and sexual orientation. I was sexuallay harassed by the defendants. Something was placed in my drink one time, as well as my food. Lovie Jenkins tried to cut me with a pizza slicer twice. I recall going to the restroom on my shift once and seeing a spot of blood in

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

↑ It looks like my clitoris was removed.

my underwear. I would be dismissed and neglected by my general manager, Lovie Jenkins who would tell me to, "ask your manager," when I would ask her a question. I had several ENT appointments and I notified managers and shift leaders about it prior to the appointment. I told them that I would be arriving late due to it and I was discharged that same day.

I also mentioned that I had psychic abilities and was treated differently based on that.

See charge of discrimination documents.

I was later retaliated against by the company submitting false information to the unemployment agency.

June 27, 2024

Tekera Shaw
966 Looney Ave
Memphis, TN
38107

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.     It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: 10|5|23

12.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 10|5|23 .
Date

**Only litigants alleging age discrimination must answer Question #13.**

13.     Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐     60 days or more have elapsed

☐     Less than 60 days have elapsed.

14.     The Equal Employment Opportunity Commission *(check one):*

☑     has <u>not</u> issued a Right to Sue Letter.  I requested my right to sue letters, but were not given the letter for Slim and Husky's.

☐     has issued a Right to Sue letter, which I **received** on_____.  See email printout,
Date

***NOTE:***     *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.     Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.     I would like to have my case tried by a jury:

☐ Yes

☑ No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages:_8 trillion_____

_____

_Jekyra Shaw_____
SIGNATURE OF PLAINTIFF

Date:_6/27/24_____

_966 Looney Ave Memphis,_
Address

_TN 38107_____
_901-690-4686_____
Phone Number

6